IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TEEL S. STYLES, | § | |
| Plaintiff, | § § § | |
| v. | § § | 3:18-CV-00444-M (BT) |
| WALMART SAM'S CLUB, | § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated November 21, 2018. Using a form Complaint provided by the Clerk's Office, Plaintiff filed an objection to Judge Rutherford's Findings, Conclusions, and Recommendation (ECF No. 20) on December 11, 2018. Accordingly, the Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 14) is DENIED, and that Defendant Walmart Sam's Club's Motion to Dismiss (ECF No. 11) is GRANTED. Plaintiff shall have one, final opportunity to amend her complaint and plead facts sufficient to state a claim for relief within 30 days of the signing of this Order.

**SO ORDERED,** this 17th day of December, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

1