IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| TEEL S. STYLES, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | Case No. 3:18-cv-00444-M (BT) |
| WALMART SAM'S CLUB, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated July 30, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant Walmart Sam's Club's Motion to Dismiss (ECF No. 23) is GRANTED.

**SO ORDERED,** this 26th day of August, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE